# United States Court of Appeals
## For the First Circuit

No. 03-1069
No. 03-1070

UNITED STATES OF AMERICA,

Appellee,

v.

LUIS B. FORNIA-CASTILLO,

Defendant, Appellant.

ERRATA

The opinion of this court issued May 27, 2005 is amended as follows:

On page 38, line 9, delete "upward adjustment" and insert in its place: "enhancement"

On page 39, line 15, delete "upward adjustment" and insert in its place: "enhancement"

On page 41, line 20, delete "adjustment" and insert in its place: "enhancement"

On page 42, line 18, delete "adjustments" and insert in its place: "enhancements"

On page 42, note 32, line ___, delete "upward adjustment" and insert in its place: "enhancement"